# EXHIBIT A
# [To be filed under seal by Clerk of Court]