## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**NANCY CRANFORD** and **ROSIE HUGHES,**
Individually, and on behalf of themselves and other
similarly situated current and former employees,

Plaintiffs,

CASE NO. 3:17-CV-194-MPM-RP

v.

**FLSA Opt-In Collective Action**

**LITCO PETROLEUM, INC.,**
a Mississippi Corporation,

**JURY DEMANDED**

Defendant.

## ORDER

This matter comes before the court on the parties' joint motion to approve the settlement

agreement [30] in the instant cause of action. This court has reviewed and assessed the terms of

the proposed settlement of this collective action under the Fair Labor Act, 29 U.S.C. 216(b), and

approves of the terms of the settlement. Further, the proposed apportionment of the settlement

proceeds is approved by this court, as the court believes the terms to be fair, reasonable, and

adequate to all parties.

It is hereby ORDERED that the parties' joint motion to approve the settlement agreement

[30] is GRANTED.

This the **27** day of April, 2018.

UNITED STATES DISTRICT COURT
UNIVERSITY OF MISSISSIPPI